United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-15509-BR |
| Kameo R Clyne | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2025 | Form ID: 318a | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kameo R Clyne, 2285 Lakeside Pl Apt 105, Cornoa, CA 92879-7961 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJMRUND.COM | Nov 14 2025 06:01:00 | Jason M Rund (TR), Sheridan & Rund, 270 Coral Circle, El Segundo, CA 90245-4617 |
| smg | | EDI: EDD.COM | Nov 14 2025 06:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 14 2025 06:01:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Nov 14 2025 01:01:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42544629 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 14 2025 01:01:00 | CARMAX AUTO FINANCE, 12800 TUCKAHOE CREEK PKW, RICHMOND, VA 23238 |
| 42544630 | | EDI: MAXMSAIDV | Nov 14 2025 06:01:00 | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 42544631 | ^ | MEBN | Nov 14 2025 01:01:11 | FIRST SAVINGS-BLAZE, 5501 S BROADBAND LN, SIOUX FALLS, SD 57108-2253 |
| 42544632 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 14 2025 01:02:00 | HYUNDAI CAPITAL AMERK, 4000 MACARTHUR BLVD S'TE, NEWPORT BEACH, CA 92660-2507 |
| 42544633 | + | EDI: LCIICSYSTEM | Nov 14 2025 06:01:00 | I.C. SYSTEM, INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 42544634 | | EDI: JEFFERSONCAP.COM | Nov 14 2025 06:01:00 | JEFFERSON CAPITAL SYST, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 42544635 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 01:05:49 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 42544636 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2025 01:01:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1271 |
| 42544637 | + | Email/Text: dataentry@rsclark.com | Nov 14 2025 01:01:00 | RS CLARK AND ASSOCIATE, 12990 PANDORA DR S'TE 150, DALLAS, TX 75238-5256 |
| 42544638 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 14 2025 01:01:00 | TBOM/ATLS/ASPIRE, 5 CONCOURSE PKWY STE 400, ATLANTA GA 30328-9114 |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 13, 2025 | Form ID: 318a | Total Noticed: 15 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| Misty Wilks | on behalf of Debtor Kameo R Clyne misty@wilkslawoffice.com  go4urs@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kameo R Clyne<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5932<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:25-bk-15509-BR | |

# Order of Discharge – Chapter 7      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kameo R Clyne

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/13/25

**Dated:** 11/13/25        **By the court:** Barry Russell
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

16/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc     **Order of Chapter 7 Discharge**     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**